COURT OF APPEALS OF VIRGINIA

Present:  Judges Humphreys, McCullough and Senior Judge Bumgardner

**UNPUBLISHED**

DANIEL MARTINEZ

MEMORANDUM OPINION*

v.     Record No. 1927-13-4                                   PER CURIAM
                                                             JANUARY 28, 2014

ZAMUDIO TREE & LANDSCAPING AND
  THE UNINSURED EMPLOYER'S FUND


FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Gregory J. Park; Park & Park, P.C., on brief), for appellant.

(Dana L. Plunkett; Midkiff, Muncie & Ross, P.C., on brief), for
appellee The Uninsured Employer's Fund.

No brief for appellee Zamudio Tree & Landscaping.


Daniel Martinez appeals a decision of the Workers' Compensation Commission denying

his claim for temporary total disability benefits.  On appeal, he claims the commission erred in

concluding that the evidence was insufficient to establish an average weekly wage upon which

temporary total disability benefits could be awarded.  We have reviewed the record and the

commission's opinion and find that this appeal is without merit.  Accordingly, we affirm for the

reasons stated by the commission in its final opinion.  See Martinez v. Zamudio Tree &

Landscaping, JCN VA02000006921 (Sept. 11, 2013).  We dispense with oral argument and

summarily affirm because the facts and legal contentions are adequately presented in the

materials before the Court and argument would not aid the decisional process.  See Code

§ 17.1-403; Rule 5A:27.

                                                                                    Affirmed.

_____
* Pursuant to Code § 17.1-413, this opinion is not designated for publication.